**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: Verna A Stinson-Ford,                              BK NO. 25-10147-amc
        Debtor

The Bank of New York Mellon                            Chapter 13
        Movant

                                                        Confirmation Hearing Date: 4/16/2025

        vs.

Verna A Stinson-Ford,
Scott F. Waterman,
Trustee                                                Respondents

## OBJECTION OF THE BANK OF NEW YORK MELLON TO CHAPTER 13 PLAN

        The Bank of New York Mellon (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

        1.    Creditor has filed a proof of claim with pre-petition arrears in the amount of $13,005.64.

        2.    Debtor's Plan underestimates the prepetition arrearage amount owed to Creditor as $10,538.00.

        3.    Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

        4.    Creditor reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

        5.    Confirmation of the Plan is not feasible and at best premature.

        6.    Accordingly, Confirmation of the Plan should be denied.

WHEREFORE, the Secured Creditor, The Bank of New York Mellon, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: March 31, 2025

*/s/Brian Nicholas*
Brian Nicholas
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP 325 Chestnut Street, Suite 725 Philadelphia, Pennsylvania, 19106 8489994640

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**RE: Verna A Stinson-Ford**

                **Debtor**

**CHAPTER 13**
**BK. NO. 25-10147-amc**

**The Bank of New York Mellon**

                **Movant**

    **vs.**

**Verna A Stinson-Ford**
**Scott F. Waterman,**
**Trustee**

                **Respondents**

**CERTIFICATION OF SERVICE**

    I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **March 31, 2025.**

**Chapter 13 Trustee**
Scott F. Waterman [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
VIA ECF

**Attorney for Debtor**
Jeanne Marie Cella
Jeanne Marie Cella and Associates LLC
221 N Olive St
Media, PA 19063
VIA ECF

**Debtor**
Verna A Stinson-Ford
46 Broadway Ave
Aston, PA 19014
VIA U.S. MAIL

Dated: March 31, 2025

                                                            By: */s/Brian Nicholas*

                                                             Brian Nicholas
                                                              Attorney for Movant