**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>Verna A Stinson-Ford<br>*aka Verna A Ford*<br><br>Debtor(s)<br><br><br>The Bank of New York Mellon<br>Movant<br>v.<br><br>Verna A Stinson-Ford<br>Debtor(s)<br>SCOTT F. WATERMAN<br>Trustee<br><br>Respondent(s) | Bankruptcy Case: 25-10147-amc<br><br>Chapter: 13<br><br>Confirmation Hearing Date: 04/16/2025 |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN**

The Bank of New York Mellon ("Movant"), by and through its Counsel, McCalla Raymer Leibert Pierce, LLC, hereby withdraws its Objection to Confirmation of Plan filed on March 31, 2025 [Docket No. 27].

Dated: April 4, 2025

/s/Brian Nicholas
Brian Nicholas
Bar No. 317240
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania, 19106
Direct Phone: 8489994640
brian.nicholas@mccalla.com